COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-318-CV

 

IN RE BELL HELICOPTER
TEXTRON INC.                                     RELATOR

 

                                               -----------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied. 
In addition, this court vacates its September 27, 2007 order that stayed
all proceedings in cause no. 67-204689-04 in the 67th District Court
of Tarrant County, Texas.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL A: 
GARDNER, J.; CAYCE, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
December 11, 2007











    [1]See
Tex. R. App. P. 47.4.